United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNA LYNNELL GRIFFIN, *on behalf of S.M., a minor*, | § § § § § | |
| Plaintiff. | § § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-04535 |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 21, 2023, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 9. Judge Edison filed a Memorandum and Recommendation on January 19, 2024, recommending that Plaintiff's motion for summary judgment (Dkt. 17) be **DENIED**, and Defendant's motion for summary judgment (Dkt. 18) be **GRANTED**. Dkt. 21.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 21) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's motion for summary judgment (Dkt. 17) is **DENIED**;

(3) Defendant's motion for summary judgment (Dkt. 18) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 12th day of February 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE